EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Chief, Violent Crimes

WES REBER PORTER            #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone:    (808) 541-2850
Facsimile:    (808) 541-2958
E-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05 00168 SOM |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | [21 U.S.C. § 841(a)(1) |
| DAVID H. GOUVEIA, ) | 18 U.S.C. § 922(g)(1)] |
| Defendants. ) | |

**I N D I C T M E N T**

Count 1
(21 U.S.C. § 841(a)(1))

The Grand Jury charges that:

On or about April 5, 2005, in the District of Hawaii, defendant DAVID H. GOUVEIA did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Count 2
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about April 5, 2005, in the District of Hawaii, defendant DAVID H. GOUVEIA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Marlin, model 336, .30-30 caliber lever action rifle, bearing serial number 19184385.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: April 21, 2005, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_
RONALD G. JOHNSON
Chief, Violent Crimes

_[signature]_
WES REBER PORTER
Assistant U.S. Attorney