# MINUTES

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/12/05  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00168ACK |
| CASE NAME: | United States of America Vs. David H. Gouveia |
| ATTYS FOR PLA: | Wes Porter |
| ATTYS FOR DEFT: | Michael A. Weight |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | ESR-LG |
| DATE: | 12/12/05 | TIME: | 1:39pm-2:38pm |

COURT ACTION: EP: Sentence as to Counts 1 and 2 of the Indictment and Government's Motion for Downward Departure-Defendant present in Custody.

The Court adopts the presentence investigation report without change.

Government's Motion for Downward Departure-is hereby Granted.

Defendant addresses the Court.

Sentence-

Imprisonment-70 Months as to each of Counts 1 and 2, all such terms to be served concurrently. This term of imprisonment to run consecutively with the term of imprisonment imposed in Cr. No. 02-00102ACK.

Mittimus Forthwith

Court Recommendation- 1. Terminal Island, CA.
                      2. 500 Hour Comprehensive Drug Program
                      3. Educational/Vocational Programs

Supervised Release-5 Years as to Count 1 and 3 Years as to Count 2, all such terms to be served concurrently.

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant reside on the island of Oahu at the discretion and or direction of the Probation Office.

8. That the defendant serve 6 months community confinement, in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

9. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

10. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

11, That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search

may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

No Fine.

Special Assessment-$200.00

Defendant advised of his right to appeal.

Submitted by Leslie L. Sai, Courtroom Manager